# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| **MARC R. SLAVIN,** *et al.*, | * | |
| Plaintiffs/Counter-Defendants, | * | |
| v. | * | Civil Case No.: PWG-16-2511 |
| **IMPERIAL PARKING (U.S.), LLC,** | * | |
| Defendant/Counterclaimant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDMENT TO JANUARY 9, 2018 MEMORANDUM OPINION AND ORDER, ECF No. 75

In the June 19, 2017 Memorandum Opinion and Order, ECF No. 63, I granted the Motion to Confirm Arbitration Award that Plaintiffs/Counter-Defendants MarcParc Valet, Inc., and MarcParc, Inc. and their sole shareholder, Marc R. Slavin (collectively, "MarcParc") had filed, and I specifically denied MarcParc's request to enter a final judgment under Rule 54(b) of the Federal Rules of Civil Procedure with respect to Count II of MarcParc's Complaint (the Count that seeks confirmation of the arbitration award). I found that Defendant Imperial Parking (U.S.), LLC ("Impark")'s counterclaims that survived dismissal "all relate to the same commercial transaction and could set off substantially, if not entirely, the amount Impark owes to MarcParc under Count II," and thus, "there is just reason for delay in the entry of judgment."

The January 9, 2018 Memorandum Opinion and Order, ECF No. 75, did not revisit the issues concerning the entry of a final judgment. Impark's surviving counterclaims remain pending and may result in viable setoffs to any final judgment that is entered in this case. As such, my determination in the June 19, 2017 Order that "there is just reason for delay in the entry of judgment" remains unchanged, and the Order dated January 9, 2018, ECF No. 75, does not

constitute a final judgment. Accordingly, neither the June 19, 2017 Order, ECF No. 63, nor the January 9, 2018 Order, ECF No. 75, is ripe for appeal at this time and shall not be ripe for appeal until a final judgment is entered in this case.

    So ordered.


Date: <u>February 9, 2018</u>                                      /S/
                                                                                 Paul W. Grimm
                                                                                 United States District Judge

lyb